# Yost's Appeal.

*Elections—Nomination petition—Objections—Dismissal.*

Where on the hearing of objections to a nomination petition it was contended that the petition was of no validity because the affiants who vouched for the signatures on the sheets attached to the petition did not have personal knowledge as to all the persons or signatures vouched for, the objections were properly dismissed, where it appeared that the petition contained a sufficient number of genuine signatures of persons qualified in respect to age, sex, residence and citizenship to be electors.

Argued May 9, 1916. Appeal, No. 1, May T., 1916, by Henry A. Yost, from decree of C. P. Dauphin County,

June T., 1916, No. 455, dismissing objections to nomination petition in the matter of the petition to have the name of J. Washington Logue printed on the official ballot of the Republican Party for the office of Representative in Congress.    Before BROWN, C. J., POTTER, MOSCHZISKER, FRAZER and WALLING, JJ.    Affirmed.

Objections to nomination petition.

The facts appear in the following opinion of the lower court, dismissing the objections:

The objectors contend that the paper filed in this office is not a nomination petition and is of no validity whatever, because the proofs show that it is not accompanied by such affidavits as are required by statute.    We cannot agree with this contention.    On the argument and at the hearing the principal contention urged was that the objections were filed under Paragraph "C" of Section 8 of the Act of July 12, 1913, P. L. 719.    The nomination petition consists of twelve sheets, to each of which is attached an affidavit, in which the affiant vouches for all the signatures on the sheets.    Upon the hearing, it was shown that the affiants did not have personal knowledge as to all the persons or signatures vouched for.    It was not disputed that the signatures were genuine.    The proofs submitted went only to the competency of the affiants and not to the genuineness of the signatures.    The objection, therefore, under sub-division "C" of Section 8 has not been sustained and is therefore overruled.    Accordingly, the objection to the nomination petition is dismissed at the cost of the objectors.

The prothonotary is directed to certify this order to the secretary of the Commonwealth.

The court dismissed the objections.    Henry A. Yost, objector, appealed.

*Error assigned* was the order of the court.

*Richard T. McSorley* and *John Fox Weiss,* with them
*William J. Brady,* for appellant.

*J. E. B. Cunningham,* with him *Allen S. Morgan* and
*C. H. Bergner,* for appellee.

PER CURIAM, May 9, 1916:

As this appeal is but a certiorari, we are confined to
the record proper in passing upon the question of the al-
leged error of the court below in dismissing the objection
of the appellant to the nomination petition to have the
name of J. Washington Logue printed on the official bal-
lot of the Republican party for the office of representa-
tive in congress for the Sixth Pennsylvania District.
Nothing appears in the record which demonstrates that
the court below erred in refusing to set aside the petition.
It was conceded on the argument that affidavits were at-
tached to it and that it contained "a sufficient number of
genuine signatures of persons qualified, with respect to
age, sex, residence, and citizenship, to be electors." The
appeal does not call for a consideration of any other ques-
tion and it is dismissed at appellant's costs.